# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**-FILED-**
FEB 21 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Nicholas F. King
[You are the PLAINTIFF, print your full name on this line.]

v.

Whitley County Jail En Banque
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 1:23CV81
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Whitley County Jail | 101 W. Market St. Columbia City IN 46725 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 1

2. What is the name and address of your prison or jail? 101 W. Market St. Columbia City IN 46725

3. Did the event you are suing about happen there? ☒ Yes. ☐ No, it happened at: _____

4. On what date did this event occur? Nov. 10/11 2021

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On or about Nov 10th 2021 I was bonded out of jail by someone who had a restraining order against me

2.) I was assured by the Seargent Brent Hull that they ran an NCIC check and it showed no restraining order

3.) Sgt Hull ushered me to my wifes vehicle and into her presence personally (entrapment I.C. 35-41-3-9

4.) I was arrested after transferring probation + pre trial services to my Allen County address with the person (my wife) who had bonded me out

5.) I've been violated in multiple counties + lost wages, opportunities and had to sit in multiple jails + had to admit to an invasion of privacy + multiple violations + revocations and was recently sentenced to 6 years in Whitley County because of this legal mistake.

6.) Officer Micah Cokl and officer Nick Randazzo where in training the night of my release and didnt run it on NCIC or didnt see it. Either way Whitley County Jail is responsible for the multiple violations, jail time + hardships I've endured since that day. The law is clear under I.C. 35-41-3-9 Pursuant to entrapment. They are responsible for the invasion of privacy + subsequently all the violations that followed along

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

with the hardships endured thereafter

Claims and Facts (continued)

_[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]_

5. When did this event happen?
- ◯ Before I was confined.
- ☒ While I was confined awaiting trial.
- ◯ After I was convicted while confined serving the sentence.
- ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
- ☒ No.
- ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
- ☒ No, this event is not grievable at this prison or jail.
- ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I would like reimbursement for punitive damages, financial losses, mental anguish and greif, lost time with my children, lost opportunities for promotions + monetary gain. Reimbursed for repossession of my car. Missed my sons birthdays + missed my yungest sons birth. Paid for days incarcerated that I shouldn't have been.

[Initial Each Statement]
- X  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- X  I will keep a copy of this complaint for my records.
- X  I will promptly notify the court of any change of address.
- X  I WILL NOT send more than one copy of any filing to the court.
- X  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- X  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  2 / 15 /20 23  at  9:00  am/pm
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____        6722
Signature                        Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]