UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| NICHOLAS E. KING, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:23-CV-81-DRL-SLC |
| WHITLEY COUNTY JAIL, | |
| Defendant. | |

## ORDER

When Nicholas E. King was released from jail, he pledged to pay the $350 filing fee by June 6, 2023. ECF 7. That deadline passed and he has had no further contact with the court. It appears he has abandoned this lawsuit.

For these reasons, this case is dismissed as abandoned pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

June 20, 2023                                          *s/ Damon R. Leichty*
                                                                     Judge, United States District Court