AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

NICHOLAS E. KING

        Plaintiff
v.   Civil Action No. 1:23-cv-81

WHITLEY COUNTY JAIL
*En Banque*

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED as abandoned pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty.

DATE:  06/20/2023       CHANDA J. BERTA, CLERK OF COURT

                                            by   s/J. Barboza
                                              *Signature of Clerk or Deputy Clerk*